In the Matter of CHARLES D. CURTIN, Appellant, against JOHN J. JANIGA, as Mayor of the City of Lackawanna, et al., Respondents.

Argued May 30, 1950; decided July 11, 1950.

*Charles J. McDonough* for appellant.

*Rudolph S. Weinstein, Corporation Counsel,* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.